[No. 11825-4-II. Division Two. May 22, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DEAN ALLAN PIERCE, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 87-1-00069-8, Grant S. Meiner, J., entered March 14, 1988. *Affirmed* by unpublished opinion per Alexander, C.J., concurred in by Worswick, J., Petrich, J., dissenting.

[No. 9644-1-III. Division Three. May 22, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS W. FRISTED, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 88-1-00021-4, Ted Kolbaba, J., entered September 26, 1988. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.

[No. 9819-2-III. Division Three. May 22, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND CASTORENO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 87-1-00236-8, Evan E. Sperline, J., entered February 3, 1989. *Affirmed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.